

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

*Michelle V. Larson*
_____

**Signed November 4, 2020**  **United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARK LAVON NEWTON | § | CASE NO. 20-32168-MVL-13 |
| PAULINE CORONADO-NEWTON | § | |
| Debtors | § | CHAPTER 13 |

### ORDER GRANTING MOTION TO SEVER CASE

CAME ON BEFORE THE COURT Debtors' Motion to Sever Case, and the Court finds good cause exists to grant the Motion. It is therefore,

ORDERED the case of Mark Lavon Newton is severed from the case of Pauline Coronado-Newton.

IT IS FURTHER ORDERED THAT the case of Pauline Coronado-Newton will continue as is; and that the case of Mark Lavon Newton will be assigned a new case number by the Court prior to his notice to seek conversion to Chapter 7.

###END OF ORDER###

Submitted by: */s/ Marcus Leinart*
Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
10670 N. Central Exprwy, Ste 320

Dallas, TX 75231
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTORS